**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) SHELTER MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| (1) THOMAS FRITZ D/B/A KTJ ESCORT; (2) LANDSTAR RANGER, INC.; (3) NELLIE GARCIA; (4) FELICIA ROJAS; (5) KRISTIAN PESCADERO; (6) BOBBY RHODES, JR. | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 19-CV-036-SPS

**NOTICE OF SETTLEMENT**

Defendant Landstar Ranger, Inc. hereby notifies the Court and the Court Clerk the parties have reached a settlement in this matter. Counsel for Landstar certifies all parties approve this Notice of Settlement to the Court, and all parties request the Court strike the remaining deadlines in this case, including the settlement conference currently scheduled for January 29, 2020, with Judge West.

Respectfully submitted,

**FRANDEN | FARRIS | QUILLIN
GOODNIGHT + ROBERTS**

/s/ *Jennifer Ary Brown*
Joseph R. Farris, OBA #2835
Jennifer Ary Brown, OBA # 22475
Two West 2nd Street, Suite 900
Tulsa, Oklahoma  74103
Tel:     918/583-7129
Fax:    918/584-3814
jfarris@tulsalawyer.com
jary@tulsalawyer.com
***Attorneys for Defendant Landstar Ranger, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January, 2020, I electronically transmitted the above and foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Stacie L. Hixon – slh@steidley-neal.com
    Michelle Harris – mbh@steidley-neal.com
    ***Attorneys for Plaintiff***

    Donald A. Lepp  - Donald.Lepp@drumlaw.com
    Garry M. Gaskins – garry.gaskins@drumlaw.com
    John S. Farley, III – john.farley@drumlaw.com
    ***Attorneys for Thomas Fritz d/b/a KTJ Escort***

    Alan Dale Hicks – dhicks-svc@thomasjhenrylaw.com
    Raymond S. Allred – rsa@rrbok.com
    ***Attorneys for Pescadero, Rojas, and Garcia***

                                             /s/ *Jennifer Ary Brown*